| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Heather J. Canning<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791-1600<br>(626) 332-8600 Fax:  (626) 332-8644<br>272394<br>ecf@blclaw.com | |

☐ *Individual appearing without attorney*
☐ *Attorney for Movant*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Guadalupe Yanez Carrasco | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (Check only ONE box below):**

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: __06-27-17__    Guadalupe Yanez Carrasco    _[signature]_
                    Printed name of Debtor 1        Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 1                    F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 64527 EL RANCHO UNIFIED | | | | | 010 | C1K | 06-01-2017 | 1850197 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|
| CARRASCO, GUADALUPE Y | EH6848650 | S / 08 | S / 08 | 00 | |

### EARNINGS - COMPENSATION

| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT |
|---|---|---|---|---|---|
| C M | REGULAR | 05-31-2017 | 7,141.00 | 22.00 | 7,141.00 |
| C M | DOCK-TIME | 05-31-2017 | 7,141.00 | 2.00- | 849.20- |
| C H | OT STR TM | 05-31-2017 | 70.77 | 0.50 | 35.39 |
| C H | OT STR TM | 04-30-2017 | 70.77 | 0.50 | 35.39 |

### DEDUCTIONS/TAXES/MISC

| EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|
| **PRE-TAX REDUCTIONS** | | |
| STRS RED | 87.04- | 4,244.55 |
| STRS RED | 739.21 | 4,244.55 |
| VSP | 20.05 | 80.20 |
| **EMPLOYEE DEDUCTIONS** | | |
| MEDCAR DED | 91.96 | 609.84 |
| FWT | 337.97 | 2,578.59 |
| SWT | 197.27 | 1,559.21 |
| **EMPLOYER CONTRIBUTIONS** | | |
| STRS CON | 106.83- | 5,301.01 |
| STRS CON | 907.24 | 5,301.01 |
| MEDCAR CON | 91.96 | 609.84 |
| SUI | 3.17 | 21.03 |
| WORK COMP | 253.87 | 1,681.34 |
| KAISER | 1,790.53 | 7,162.12 |
| METLIFE | 52.70 | 210.80 |
| ALL OTHER | 137.75 | |

| ****** LEAVE BALANCES ****** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 5,690.36 | FEDERAL | 37,813.60 | GROSS PAY | 6,362.58 |
| SICK LEAVE | 0.50 | STATE | 5,690.36 | STATE | 37,813.60 | REDUCTIONS | 672.22 |
| AS OF DATE | 04-30-2017 | MEDI GROSS | 6,342.53 | MEDI GROSS | 42,058.15 | TAXES | 627.20 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 6,362.58 | GROSS EARN'S | 42,138.35 | NET PAY | $5,063.16 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| EL RANCHO UNIFIED | 9333 LOCH LOMOND DR | PICO RIVERA, CA 90660 |

---

EL RANCHO UNIFIED

NO. 1850197

Date Issued 06-01-2017

Amount
$5,063.16

*FIVE THOUSAND SIXTY-THREE AND 16/100 DOLLARS

LOCATION 010
ACCRUAL DATE
05-31-2017

NOT NEGOTIABLE

GUADALUPE Y CARRASCO
1130 N HAZARD AVE
LOS ANGELES, CA 90063

NET PAY IN THE AMOUNT OF    $5,063.16
HAS BEEN DEPOSITED TO YOUR ACCOUNT.

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| 64527 | EL RANCHO UNIFIED | | | | | 010 | C1J | 05-01-2017 | 1703396 |
| EMPLOYEE NAME | | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| CARRASCO, GUADALUPE Y | | | | EH6848650 | | S / 08 | S / 08 | 00 | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| C M | REGULAR | 04-30-2017 | 7,141.00 | 15.00 | 7,141.00 | PRE-TAX REDUCTIONS | | |
| | | | | | | STRS RED | 731.95 | 3,592.38 |
| | | | | | | VSP | 20.05 | 60.15 |
| | | | | | | EMPLOYEE DEDUCTIONS | | |
| | | | | | | MEDCAR DED | 103.26 | 517.88 |
| | | | | | | FWT | 442.78 | 2,240.62 |
| | | | | | | SWT | 268.74 | 1,361.94 |
| | | | | | | EMPLOYER CONTRIBUTIONS | | |
| | | | | | | STRS CON | 898.34 | 4,500.60 |
| | | | | | | MEDCAR CON | 103.26 | 517.88 |
| | | | | | | SUI | 3.56 | 17.86 |
| | | | | | | WORK COMP | 284.93 | 1,427.47 |
| | | | | | | KAISER | 1,790.53 | 5,371.59 |
| | | | | | | METLIFE | 52.70 | 158.10 |
| | | | | | | VSP | 10.50 | 31.50 |
| | | | | | | OPEB 2 | 142.82 | |

| ******** LEAVE BALANCES ******** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 6,389.00 | FEDERAL | 32,123.24 | GROSS PAY | 7,141.00 |
| SICK LEAVE | 0.50 | STATE | 6,389.00 | STATE | 32,123.24 | REDUCTIONS | 752.00 |
| AS OF DATE | 03-31-2017 | MEDI GROSS | 7,120.95 | MEDI GROSS | 35,715.62 | TAXES | 814.78 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 7,141.00 | GROSS EARN'S | 35,775.77 | NET PAY | $5,574.22 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| EL RANCHO UNIFIED | 9333 LOCH LOMOND DR | PICO RIVERA, CA 90660 |

EL RANCHO UNIFIED

NO. 1703396

Date Issued 05-01-2017

Amount
$5,574.22

*FIVE THOUSAND FIVE HUNDRED SEVENTY-FOUR
AND 22/100 DOLLARS

LOCATION 010
ACCRUAL DATE
04-30-2017

NOT NEGOTIABLE

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | | | | C1I | 04-03-2017 | 1557014 |
|---|---|---|---|---|---|---|---|---|---|---|
| 64527 EL RANCHO UNIFIED | | | | | EMPLOYEE ID | FEDERAL STATUS/ALLOWANCES | STATE STATUS/ALLOWANCES | ADDITIONAL STATE ALLOWANCES | | |
| EMPLOYEE NAME | | | | | EH6648650 | S / 08 | S / 08 | 00 | | |
| CARRASCO, GUADALUPE Y | | | | | | | | | | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | CURRENT AMOUNT | YTD TOTALS |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS PRE-TAX DEDUCTIONS | | |
| C M | REGULAR | 03-31-2017 | 7,141.00 | 15.00 | 7,141.00 | STRS RED | 739.20 | 2,860.43 |
| C H | OT STR TM | 03-31-2017 | 70.77 | 1.00 | 70.77 | VSP | 20.05 | 40.10 |

| EMPLOYEE DEDUCTIONS | | |
|---|---|---|
| MEDCAR DED | 104.28 | 414.62 |
| FWT | 452.30 | 1,797.84 |
| SWT | 275.24 | 1,093.20 |

| EMPLOYER CONTRIBUTIONS | | |
|---|---|---|
| STRS CON | 907.24 | 3,602.26 |
| MEDCAR CON | 104.28 | 414.62 |
| SUI | 3.60 | 14.30 |
| WORK COMP | 287.75 | 1,142.54 |
| KAISER | 1,790.53 | 3,581.06 |
| METLIFE | 52.70 | 105.40 |
| VSP | 10.50 | 21.00 |
| OPEB 2 | 144.23 | |

| ****** LEAVE BALANCES ****** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 6,452.52 | FEDERAL | 25,734.24 | GROSS PAY | 7,211.77 |
| SICK LEAVE | 2.67 | STATE | 6,452.52 | STATE | 25,734.24 | REDUCTIONS | 759.25 |
| AS OF DATE | 02-28-2017 | MEDI GROSS | 7,191.72 | MEDI GROSS | 28,594.67 | TAXES | 831.82 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 7,211.77 | GROSS EARN'S | 28,634.77 | NET PAY | $5,620.70 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| EL RANCHO UNIFIED | 9333 LOCH LOMOND DR | PICO RIVERA, CA 90660 |

EL RANCHO UNIFIED

NO. 1557014

Date Issued 04-03-2017

*FIVE THOUSAND SIX HUNDRED TWENTY
AND 70/100 DOLLARS

Amount
$5,620.70

NOT NEGOTIABLE

LOCATION 010
ACCRUAL DATE
03-31-2017

GUADALUPE Y CARRASCO
1130 N HAZARD AVE
LOS ANGELES, CA 90063

NET PAY IN THE AMOUNT OF    $5,62
HAS BEEN DEPOSITED TO YOUR AC(